FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-cr-00570-WLH-55 |
| v. | |
| JUSTIN DANIEL DIETZEN | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>the Court</u>, IT IS ORDERED that a detention hearing is set for <u>September 12</u>, <u>2025</u>, at <u>1:30</u> ☐a.m. / ☒p.m. before the Honorable <u>Brianna Mircheff</u>, in Courtroom <u>640</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: <u>September 11, 2025</u>

_signature_
U.S. Magistrate Judge

---